IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00060-MOC-WCM

| T.S., and J.S., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHEM BLUE CROSS BLUE SHIELD, and the DELOITTE LLP GROUP INSURANCE PLAN, | ) | |
| Defendants. | ) | |

This matter is before the Court *sua sponte* for case management purposes.

On March 24, 2022, Plaintiffs T.S. and J.S. filed their Complaint in the United States District Court for the District of Utah, seeking to recover benefits under an employee benefit plan. Doc. 1.

The case was transferred to this district on March 8, 2023.

Rule 10 of the Federal Rules of Civil Procedure requires that the title of a complaint "name all the parties…." Fed. R. Civ. P. 10(a).

The Fourth Circuit has recognized that "in exceptional circumstances, compelling concerns relating to personal privacy or confidentiality may warrant some degree of anonymity in judicial proceedings, including use of a pseudonym." Doe v. Public Citizen, 749 F.3d 246, 273 (4th Cir. 2014); see also

1

John Doe v. Lees-McRae College, et al., No. 1:20-CV-00105-MR, 2021 WL 2673050, at *6 (W.D.N.C. June 29, 2021) (describing the analysis when a party seeks leave to proceed anonymously). In addition, Rule 5.2 allows minors to be referred to by their initials. F.R.C.P. 5.2(a).

Here, the Complaint indicates that T.S. is the mother of J.S., but the pleading does not provide the full name of T.S. and this information is not otherwise immediately apparent from other portions of the record. Similarly, the Complaint does not state whether J.S. is, in fact, a minor at this time.

In order to ensure compliance with the Rules, and to assist the Court with any necessary conflict screening, Plaintiffs will be directed to submit additional information in this regard. Specifically, Plaintiffs are **DIRECTED TO FILE**, on or before March 24, 2023, either: (1) a Notice setting forth the full name of "T.S." (and the full name of "J.S." if she is not a minor), or (2) a Motion for Leave to Proceed Anonymously, with a supporting brief, along with a Notice, which may be filed under seal, setting forth the full name of "T.S." (and the full name of "J.S." if she is not a minor).

It is so ordered.

Signed: March 10, 2023

W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:23-cv-00060-MOC-WCM   Document 15   Filed 03/10/23   Page 2 of 2