IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00060-MOC-WCM

| | |
|---|---|
| T.S., and J.S., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER |
| ) | |
| ANTHEM BLUE CROSS BLUE ) | |
| SHIELD, and the ) | |
| DELOITTE LLP GROUP ) | |
| INSURANCE PLAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 22) filed by Norris A. Adams, II. The Motion indicates that Mr. Adams, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Brian S. King, who the Motion represents as being a member in good standing of the Bar of Utah. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 22) and **ADMITS** Brian S. King to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 27, 2023

W. Carleton Metcalf
United States Magistrate Judge