IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00060-MOC-WCM

| | | |
|---|---|---|
| T.S., and J.S., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHEM BLUE CROSS BLUE | ) | |
| SHIELD, and the | ) | |
| DELOITTE LLP GROUP | ) | |
| INSURANCE PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiffs' Motion for Leave to Proceed Anonymously (Doc. 24).

On March 29, 2023, Plaintiffs filed the Motion along with a supporting memorandum. Doc. 24-1. Although Plaintiffs' submission does not indicate Defendants' position regarding the request, Defendants have not filed any response to the Motion and the time for doing so has expired.

Having reviewed the Motion and the memorandum, and applicable authorities, the undersigned is persuaded that Plaintiffs have at this time made a sufficient showing to warrant their continued anonymous appearance.

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' Unopposed Motion for Leave to Proceed Anonymously (Doc. 24) is **GRANTED** and, unless otherwise ordered by the Court, the

1

parties are **DIRECTED** to refer to Plaintiffs as "T.S." and "J.S.," and to redact their names and all personally identifying information in documents that are publicly filed in this case.

2. The leave being granted to Plaintiffs to appear anonymously may be reconsidered, if necessary, as the litigation proceeds.

Signed: April 14, 2023

_____
W. Carleton Metcalf
United States Magistrate Judge